| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | **Floral Gift & Home Decor International, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **Spring Valley Floral, Inc.**<br>**Esvie Home, Inc.** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-2873905** | |

| | | | |
| --- | --- | --- | --- |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3756 Somis Road**<br>**Somis, CA 93066**<br>Number, Street, City, State & ZIP Code | **Post Office Box 2673**<br>**Camarillo, CA 93011**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Ventura**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | _____ |

| | | |
| --- | --- | --- |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Floral Gift & Home Decor International, Inc.** _____    Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____  _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

☑ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☐ Chapter 11. Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected,** attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   __Floral Gift & Home Decor International, Inc._____   Case number *(if known)* _____
   Name

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name   _____

         Phone   _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Floral Gift & Home Decor International, Inc.**                    Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September  4, 2020**
                 MM / DD / YYYY

X _____              **Dolly Ives**
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

X _____              Date   **September  4, 2020**
Signature of attorney for debtor                        MM / DD / YYYY

**Andrew Goodman 115685**
Printed name

**Goodman Law Offices, A Professional Corporation**
Firm name

**30700 Russell Ranch Road
Suite 250
Thousand Oaks, CA 91362**
Number, Street, City, State & ZIP Code

Contact phone   **818-802-5044**     Email address   **agoodman@andyglaw.com**

**115685 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Floral Gift & Home Decor International, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑    *Schedule H: Codebtors* (Official Form 206H)

☑    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  4, 2020**        X _____
Signature of individual signing on behalf of debtor

**Dolly Ives**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1998-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Somis_____ , California.

Date: _____September 4, 2020_____

Dolly Ives
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F 1015-2.1.STMT.RELATED.CASES

006

| Fill in this information to identify the case: |
|---|

Debtor name   **Floral Gift & Home Decor International, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................................................................... $      **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.......................................................................................................... $      **8,764,410.43**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................................................ $      **8,764,410.43**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **11,363.82**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $      **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      **781,100.25**

4.  **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b
          $      **792,464.07**

| Fill in this information to identify the case: |
|---|

Debtor name    **Floral Gift & Home Decor International, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Mechanics Bank | Checking | 8075 | $15,230.51 |
| 3.2. | Mechanics Bank | Payroll | 5840 | $10.00 |
| 3.3. | Bank of America | Checking | 1474 | $106,587.31 |
| 3.4. | Bank of America | Checking | 4576 | $410.22 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $122,238.04 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Floral Gift & Home Decor International, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit - Southern California Gas Co.** | **$2,570.00** |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **The Zenith Insurance Company - Insurance Premium - Policy runs from 8/1/19 - 8/1/20** | **$4,176.00** |

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$6,746.00**

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 331,911.20 | - | 0.00 | = .... | **$331,911.20** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 84,583.93 | - | 0.00 | =.... | **$84,583.93** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$416,495.13**

**Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale**<br>**Inventory, Raw Materials**<br>**and Supplies** | **August 2020** | **$0.00** | **Recent cost** | **$564,527.26** |

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

Debtor    **Floral Gift & Home Decor International, Inc.**    Case number *(if known)* _____
          Name

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                      | $564,527.26 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops–either planted or harvested** | | | |
| 29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.    **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> **36 Trailers - Valued at $2500.00 each** | $0.00 | Comparable sale | $90,000.00 |

31.    **Farm and fishing supplies, chemicals, and feed**

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**                                                      | $90,000.00 |
       Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
       ■ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
                ☐ No
                ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ■ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Floral Gift & Home Decor International, Inc.**    Case number *(If known)* _____
_____
Name

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** List of Customers for past three (3) years - to be provided separately for privacy purposes | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

**66.    Total of Part 10.**                                                                                                                    $0.00
        Add lines 60 through 65. Copy the total to line 89.

**67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
        ■ No
        ☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Floral Gift & Home Decor International, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | **Net Operating Loss - Federal** | Tax year **2019** | $3,785,009.00 |
| | **Net Operating Loss - State** | Tax year **2019** | $3,779,395.00 |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | $7,564,404.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Floral Gift & Home Decor International, Inc.**    Case number (If known) _____
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $122,238.04 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $6,746.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $416,495.13 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $564,527.26 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $90,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $7,564,404.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,764,410.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,764,410.43 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Floral Gift & Home Decor International, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Kubota Credit Corporation**<br>Creditor's Name<br><br>P.O. Box 2045<br>Alvarado, TX 76009<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number **4847** | Describe debtor's property that is subject to a lien<br>**Tractor**<br>_____<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$10,914.00** | Unknown |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Leaf Capital Funding**<br>Creditor's Name<br><br>1720 A Crete Street<br>Moberly, MO 65270<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>Date debt was incurred **7/25/2017**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Computer Server**<br>_____<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $449.82 | Unknown |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Floral Gift & Home Decor International, Inc.**    Case number (if known)
    Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$11,363.82** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2 of 2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Floral Gift & Home Decor International, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                              Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.35 |
|---|---|---|---|

**AFLAC**
**1932 Wynnton Road**
**Columbus, GA 31999-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $857.50 |
|---|---|---|---|

**All Kleer Computer Systems**
**P.O. Box 388**
**Smith River, CA 95567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,111.42 |
|---|---|---|---|

**American Express**
**Post Office Box 0001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Charge Card**

Last 4 digits of account number  **7004**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $651.53 |
|---|---|---|---|

**Amerigas**
**16800 So Main Street**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Floral Gift & Home Decor International, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,325.92 |
|---|---|---|---|

**Bank of America**
P.O. Box 53132
Phoenix, AZ 85072

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burian & Associates**
909 NW 10 Street
Bentonville, AR 72712

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,991.16 |
|---|---|---|---|

**Cardmember Services**
P.O. Box 790408
Saint Louis, MO 63179

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,662.55 |
|---|---|---|---|

**Coppersmith, Inc.**
P.O. Box 51845
Los Angeles, CA 90051

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crosby & Overton**
1610 West 17th Street
Long Beach, CA 90813

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,300.00 |
|---|---|---|---|

**De Lage**
1111 Old Eagle School Road
Morrisville, PA 19067

Date(s) debt was incurred **1/25/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217,824.00 |
|---|---|---|---|

**Del Sol Harvesting, Inc.**
P.O. Box 191
Oxnard, CA 93032

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Labor Contractor**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Floral Gift & Home Decor International, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DeLage Landen Financial Services**
P.O. Box 191
Oxnard, CA 93032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dianna Saelee**
5445 Southwind Court
Apt 202
Ventura, CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,005.11** |
|---|---|---|---|

**E. J. Harrison Rolloffs**
P.O. Box 4009
Ventura, CA 93007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Employer Insurance Co.**
2550 Paseo Verde Pkwy
Suite 100
Henderson, NV 89074-7117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **FOR NOTICE PURPOSES RE INSURANCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.47** |
|---|---|---|---|

**Frontier Communications**
P.O. Box 740407
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,274.57** |
|---|---|---|---|

**Global Dried Flowers**
31, Shakespeare Sarani
3rd Floor, Rom 301A
Kolkata 700017 India

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Purchase of Product**

Last 4 digits of account number  **20dt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$333.21** |
|---|---|---|---|

**Home Depot Credit Services**
Dept 32 - 2001481492
P.O. Box 9001030
Louisville, KY 40290-1030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1492**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Floral Gift & Home Decor International, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$979.11**

IBM
P.O. Box 643600
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

Jeffrey Ives
1460 S. Oakhurst Drive
Los Angeles, CA 90035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,668.43**

Jellco Container, Inc.
1151 N. Tustin Avenue
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,900.00**

JRRO
325 E. Hillcrest Drive
Suite 215
Thousand Oaks, CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Accounting Services unrelated to assistance with filing Ch 7 bankruptcy__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,225.00**

Koen Pack USA
1530 NW 98th Court
Suite 104
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$465.81**

Leaf Capital Funding
P.O. Box 742647
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Lease__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Leavitt Insurance Svc/Arrowhead Gen
Post Office Box 9000
Carlsbad, CA 92018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __FOR NOTICE PURPOSES RE INSURANCE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Floral Gift & Home Decor International, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
**Lobo Printing & Systems, Inc.**
P.O. Box 2225
Chino Hills, CA 91709

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.27** | Nonpriority creditor's name and mailing address
**Mechanics Bank**
146 W. Los Angeles Avenue
Moorpark, CA 93021

Date(s) debt was incurred **2019**

Last 4 digits of account number **2473**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Financing for Inventory**

Is the claim subject to offset? ■ No ☐ Yes

**$24,449.57**

---

**3.28** | Nonpriority creditor's name and mailing address
**Mechanics Bank**
146 W. Los Angeles Avenue
Moorpark, CA 93021

Date(s) debt was incurred **2019**

Last 4 digits of account number **2231**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Financing for Goods Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$9,961.50**

---

**3.29** | Nonpriority creditor's name and mailing address
**Mechanics Bank**
146 W. Los Angeles Avenue
Moorpark, CA 93021

Date(s) debt was incurred **2019**

Last 4 digits of account number **2466**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Financing**

Is the claim subject to offset? ☐ No ☐ Yes

**$11,108.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Nadine Telgmeier**
15888 Mariano Road
Bentonville, AR 72712

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.31** | Nonpriority creditor's name and mailing address
**Nakasawa Flower Farms**
5158 S. Highway 95
Yuma, AZ 85365

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.32** | Nonpriority creditor's name and mailing address
**Oasis Technology, Inc.**
601 Daily Drive
Suite 226
Camarillo, CA 93010

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,824.96**

---

Debtor   __Floral Gift & Home Decor International, Inc.__          Case number (if known) _____
         Name

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,505.00**
--- | --- | --- | ---

Oxnard Pallet Co.
P.O. Box 1748
Oxnard, CA 93032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address    **$178,316.00**

Pargal Fauna Exports (P) Ltd
4244 Mela Arasadi
Cincinati, OH

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address    **$12,000.00**

Putian Newpower
No. 4-504 Jiaxin Commercial Center
Chngxiang District, Putian City
Fujian, China

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Purchase of Product__

Last 4 digits of account number __5203__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address    **Unknown**

Rabo AgriFinance
P.O. Box 790077
Saint Louis, MO 63179

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Lender__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address    **$114.58**

Ready Refresh
P.O. Box 856158
Louisville, KY 40285

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address    **Unknown**

Robert Koch Industries, Inc.
4770 Harback Road
Bennett, CO 80102

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address    **$1,649.50**

Ryder Transportation Services
Lockbox File 056158
Los Angeles, CA 90074

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Floral Gift & Home Decor International, Inc.**                Case number (if known) _____
_____
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,710.00 |
|------|---|---|---|

**SA Label**
**3275 San Fernando Road**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,092.00 |
|------|---|---|---|

**Suncoast Nursery**
**3896 Via Real**
**Carpinteria, CA 93013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.50 |
|------|---|---|---|

**SWK Technologies, Inc.**
**5 Regent Street**
**Suite 520**
**Livingston, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.46 |
|------|---|---|---|

**TelePacific**
**P.O. Box 60767**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,297.32 |
|------|---|---|---|

**Temkin International, Inc.**
**213 Temkin Way**
**Payson, UT 84651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,598.10 |
|------|---|---|---|

**ULINE**
**P.O. Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Vac International**
**16 Strand Road**
**9th Floor, Room No 905**
**Kolkata, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Floral Gift & Home Decor International, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$506.25** |
|---|---|---|---|

**Verizon Wireless**
P.O. Box 660108
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wells Fargo**
P.O. Box 77033
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Lender__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,382.37** |
|---|---|---|---|

**XO Communications**
14239 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 781,100.25 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 781,100.25 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Floral Gift & Home Decor International, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Floral Gift & Home Decor International, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Floral Gift & Home Decor International, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $1,920,000.00 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $4,527,163.26 |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $5,416,918.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Floral Gift & Home Decor International, Inc. | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   SEE ATTACHED | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Floral Gift & Home Decor International, Inc.**                Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

---

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Don Rhodes, CPA**<br>**325 E. Hillcrest Drive**<br>**Suite 215**<br>**Thousand Oaks, CA 91360** | | **June 2019** | **$6,000.00** |
| Email or website address<br>**don.rhodes@jrrocpas.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2.  **Goodman Law Offices**<br>**6345 Balboa Boulevard**<br>**Suite I-300**<br>**Encino, CA 91316** | | **June 2019** | **$7,500.00** |
| Email or website address<br>**agoodman@andyglaw.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

---

| Debtor | **Floral Gift & Home Decor International, Inc.** | Case number *(if known)* |
|---|---|---|

**14. Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **3300 Golf Course Drive<br>Suite B<br>Oxnard, CA 93033** | **2013 - 2020** |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Floral Gift & Home Decor International, Inc.**                    Case number *(if known)* _____

---

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Somis Ranch**<br>**3756 Somis Road**<br>**Somis, CA 93066** | **Edwin Ives and Dolly Ives (Owners)** | **Equipment & Inventory - Debtor owns 36 Trailers at Ventura and Somis locations** | ☐ No<br>■ Yes |

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    **Floral Gift & Home Decor International, Inc.** _____  Case number *(if known)* _____

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **JRRO, LLP**<br>**325 E. Hillcrest Drive**<br>**Suite 215**<br>**Thousand Oaks, CA 91360** | **1979 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **JRRO, LLP**<br>**325 E. Hillcrest Drive**<br>**Suite 215**<br>**Thousand Oaks, CA 91360** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.    **Rabobank**
             **300 E. Esplanade Drive**
             **Suite 101**
             **Oxnard, CA 93036**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No
■   Yes. Give the details about the two most recent inventories.

Debtor   **Floral Gift & Home Decor International, Inc.**          Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Glenda Zuniga** | **July 10, 2020** | **$564,527.26** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Dolly Ives**<br>**1156 Beverwil Drive**<br>**Los Angeles, CA 90035** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dolly Ives** | **1156 Beverwil Drive**<br>**Los Angeles, CA 90035** | **Officer, Director** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edwin Ives** | **1156 Beverwil Drive**<br>**Los Angeles, CA 90035** | **Director and Shareholder** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jeff Ives**<br>**1460 S. Oakhurst Drive**<br>**Los Angeles, CA 90035** | **$185,174.00** | **August 1, 2019 - 7/10/2020** | **Salary from Debtor** |
| | Relationship to debtor<br>**Secretary** | | | |
| 30.2. | **Dolly Ives**<br>**1156 Beverwil Drive**<br>**Los Angeles, CA 90035** | **$31,000** | **August 1, 2019 - July 10, 2020** | **Salary** |
| | Relationship to debtor<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor    **Floral Gift & Home Decor International, Inc.**    Case number *(if known)* _____

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the parent corporation |
|---|---|

<hr>

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 4, 2020

_____    **Dolly Ives**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

# IN RE FLORAL GIFT & HOME DÉCOR INTERNATIONAL, INC.

# EXHIBIT TO

# STATEMENT OF FINANCIAL AFFAIRS

# 8/31/2020

| | |
|---|---:|
| Somis -from Ventura warehouse- (raw material in trailers) total | $268,694.45 |
| Somis (raw materials in trailers - not from ventura)  total | $236,315.99 |
| Somis warehouse total | $57,013.73 |
| finished goods | $2,503.09 |
| **Inventory total** | **$564,527.26** |
| | |
| **36 Trailers (@ $2500 value per trailer)** | **$90,000.00** |
| | |
| **total of inventory + trailers** | **$654,527.26** |

(Ventura) Trailers Inventory 7/8/2020
*Now in Somis*

| TRAILER | LISCENCE PLATE NUMBER | $ | | VIN | SIZE |
|---------|----------------------|-----|---|-----|------|
| 504 | 4FA5232 | $3,746.10 | | 246690 | 45 Feet Long |
| 505 | 4GT8143 | $11,871.23 | | 1GRFC9620EB076060 | 45 Feet Long |
| 508 | 4NL2245 | $49,226.56 | | FRT048534 | 45 Feet Long |
| T03 | 4JP2198 | $3,929.40 | | 217290 | 45 Feet Long |
| T05 | 4JP2650 | $11,525.58 | | V90053 | 45 Feet Long |
| T06 | 4JP2664 | $13,857.75 | | HPZ642324 | 45 Feet Long |
| T07 | 4JP2667 | $19,418.45 | | V34202 | 45 Feet Long |
| T23 | 4JP2665 | $8,705.12 | | HPZ643078 | 45 Feet Long |
| T25 | 4JP2654 | $23,914.08 | | 1H2V04520BE020771 | 45 Feet Long |
| T31 | 4JP2659 | $14,902.01 | | 1H2V04527FH015555 | 45 Feet Long |
| T32 | 4JP2199 | $2,100.80 | | T95708 | 45 Feet Long |
| T35 | 4JP2651 | $4,675.41 | | 1H2V04522HE014740 | 45 Feet Long |
| T38 | 4JU2337 | $34,034.13 | | MAV578477 | 45 Feet Long |
| T39 | 4JU2339 | $9,384.27 | | V33626 | 45 Feet Long |
| T40 | 4JU2336 | $3,898.19 | | 144934M | 45 Feet Long |
| T41 | 4JP2195 | $24,310.20 | | HPZ642140 | 45 Feet Long |
| T45 | 4JP2663 | $18,834.15 | | MAZ563162 | 45 Feet Long |
| T46 | 4JU2335 | $10,361.02 | | HPZ642541 | 45 Feet Long |

**Total in Ventura Trailers:**   **$268,694.45**

**Somis Trailers Inventory 7/3/2020**

| TRAILER | LISCENCE PLATE NUMBER | $ | VIN | SIZE |
|---------|----------------------|-----------|------------------|--------------|
| 501 | 4FA5237 | $0.00 | HPV651935 | 45 Feet Long |
| 502 | 4FA5235 | $9,720.82 | 1VVV45200E1002886 | 45 Feet Long |
| 503 | 4FA5233 | $2,040.00 | 1H4V04524BJ030279 | 45 Feet Long |
| 506 | 4FA5238 | $49,739.99 | MAZ567743 | 45 Feet Long |
| 507 | 4FA5236 | $1,540.13 | 1VV45202E1002825 | 45 Feet Long |
| T01 | 4JP2196 | $0.00 | 218404 | 45 Feet Long |
| T02 | 4JP2661 | $0.00 | MAV577961 | 45 Feet Long |
| T09 | 4JP2657 | $20,522.10 | 238735 | 45 Feet Long |
| T10 | 4JP2656 | $0.00 | BLV616609 | 45 Feet Long |
| T11 | 4JP2653 | $0.00 | 1VVV4506E1002777 | 45 Feet Long |
| T20 | 4JP2658 | $6,546.76 | MAZ563829 | 45 Feet Long |
| T26 | 4JP2662 | $7,386.46 | V33756 | 45 Feet Long |
| T27 | 4JP2660 | $5,530.20 | HPV653039 | 45 Feet Long |
| T28 | 4JP2197 | $115,836.16 | HPY592940 | 45 Feet Long |
| T33 | 4JP2668 | $11,899.24 | HPV653093 | 45 Feet Long |
| T42 | 4JP2194 | $5,554.13 | HPV651722 | 45 Feet Long |
| T43 | 4JP2666 | $0.00 | MAZ563790 | 45 Feet Long |
| T44 | 4JU2338 | $0.00 | T39575 | 45 Feet Long |

**Total in Somis Trailers:   $236,315.99**

inventory # 1

**floral Gift & Home Decor Int'l, Inc**

| INVENTORY #1 | | as of 8/28/20 | product | warehouse | qty on hand | unit cost | inventory value |
|---|---|---|---|---|---|---|---|
| 10398 dye | #8020 | blue, azure | raw material | 94 | 0 | $9.82 | $0.00 |
| 10401 dye | #8202 | green, spring | raw material | 94 | 17 | $8.95 | $152.15 |
| 10410 dye | #8435 | tangerine | raw material | 94 | 57 | $9.72 | $554.04 |
| 10411 dye | $8470 | red, caribbean | raw material | 94 | 0 | $9.33 | $0.00 |
| 10412 dye | #8505 | yellow, lemon | raw material | 94 | 50 | $6.90 | $345.00 |
| 10413 dye | #8525 | yellow, golden | raw material | 94 | 0 | $7.95 | $0.00 |
| 10421 dye G | #2214 | red-pink | raw material | 94 | 0 | $9.75 | $0.00 |
| 10427 dye G | #2375 | yellow | raw material | 94 | 0 | $7.94 | $0.00 |
| 10499 dye | #911-1C | goldtone | raw material | 94 | 17 | $15.50 | $263.50 |
| 11168 dye | #8356 | fuchsia | raw material | 94 | 13 | $14.95 | $194.35 |
| 11186 dye | #8252 | deep hunter green | raw material | 94 | 0 | $9.95 | $0.00 |
| 11517A | latex emulsio | WBL-011-gall | raw material | 94 | 4 | $25.00 | $100.00 |
| 11973 | extra fine | aluminum powder | raw material | 94 | 15 | $15.00 | $225.00 |
| 58001 dye | #8034 | blueberry | raw material | 94 | 0 | $13.83 | $0.00 |
| 59262 | snow flake | | raw material | 94 | 29.5 | $1.54 | $45.48 |
| 59632 dye | custom | brown NT22 | raw material | 94 | 7 | $9.92 | $69.44 |
| 59633 dye | | asian willow brown | raw material | 94 | 25 | $9.63 | $240.75 |
| 59875 dye | custom | basil blend #2 (67) | raw material | 94 | 0 | $9.18 | $0.00 |
| 59755 dye | #2315 | lime green | raw material | 94 | 0 | $8.95 | $0.00 |
| 60523 dye | custom | basil bland #4 | raw material | 94 | 0 | $8.00 | $0.00 |
| 60597 dye | #8382 | rich cramberry | raw material | 94 | 0 | $13.35 | $0.00 |

$2,189.71

Inventory Valuation Report by Period
Sorted by Item Code
For Period Ending:  07 7/31/2020
Unit Cost to Use for Standard Cost Items:  Historical

_Inventory # 1_

Floral Gift & Home Decor Int'l, Inc (BSD)

| Item Code/Description | Product Line | Product Type | Valuation | Unit of Measure | Whse | Quantity On Hand | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|
| 10398 Dye - #8020 - Blue , Azure | CHEM | Raw Material | Standard Cost | LBS | 094 | 17.00 | 9.8200 | 166.94 |
| 10401 Dye - #8202 - Green, Spring | CHEM | Raw Material | Standard Cost | LBS | 094 | 20.00 | 8.9500 | 179.00 |
| 10410 Dye - #8435 - Tangerine | CHEM | Raw Material | Standard Cost | LBS | 094 | 45.00 | 9.7200 | 437.40 |
| 10411 Dye - #8470 - Red, Caribbean | CHEM | Raw Material | Standard Cost | LBS | 094 | 22.00 | 9.3300 | 205.26 |
| 10412 Dye - 8505 - Yellow, Lemon | CHEM | Raw Material | Standard Cost | LBS | 094 | 70.00 | 6.9000 | 483.00 |
| 10413 Dye - #8525 - Yellow, Golden | CHEM | Raw Material | Standard Cost | LBS | 094 | 25.00 | 7.9500 | 198.75 |
| 10421 Dye G - #2214 Red-Pink | CHEM | Raw Material | Standard Cost | LBS | 094 | 75.00 | 9.7500 | 731.25 |
| 10427 Dye G #2375 - Yellow | CHEM | Raw Material | Standard Cost | LBS | 094 | 50.00 | 7.9498 | 397.49 |
| 10499 Dye #911- 1C Goldtone | CHEM | Raw Material | Standard Cost | LBS | 094 | 18.00 | 15.5000 | 279.00 |
| 11168 Dye - #8356 Fuchsia | CHEM | Raw Material | Standard Cost | LBS | 094 | 17.00 | 14.9500 | 254.15 |
| 11186 Dye - # 8252 Deep Hunter Green | CHEM | Raw Material | Standard Cost | LBS | 094 | 23.00 | 9.9500 | 228.85 |
| 11517A Latex Emulsion WBL-011 - Gall | CHEM | Raw Material | Standard Cost | GALL | 094 | 4.00 | 25.0000 | 100.00 |
| 11973 Extra Fine Aluminum Powder | CHEM | Raw Material | Standard Cost | LBS | 094 | 15.00 | 15.0000 | 225.00 |
| 58001 Dye - Blueberry #8034 | RAW | Raw Material | Standard Cost | LBS | 094 | 20.00 | 13.8300 | 276.60 |
| 59262 Snow Flake, White Bulk | CHEM | Raw Material | Standard Cost | LB | 094 | 29.50 | 1.5417 | 45.48 |
| 59632 Dye, Custom Brown NT22 | CHEM | Raw Material | Standard Cost | LB | 094 | 9.00 | 9.9200 | 89.28 |
| 59633 Dye, Asian Willow Brown | CHEM | Raw Material | Standard Cost | LB | 094 | 24.00 | 9.6300 | 231.12 |
| 59675 Dye Custom Basil Blend #2 (67/ | CHEM | Raw Material | Standard Cost | LB | 094 | 29.00 | 9.1800 | 266.22 |
| 59755 Lime Green Dye 2315 | CHEM | Raw Material | Standard Cost | LB | 094 | 25.00 | 8.9500 | 223.75 |
| 60523 Dye Custom Basil Blend #4 | CHEM | Raw Material | Standard Cost | LB | 094 | 4.00 | 8.0000 | 32.00 |
| 60957 Rich Cranberry 8382 | CHEM | Raw Material | Standard Cost | LBS | 094 | 28.00 | 13.3500 | 373.80 |

Report Total:    5,424.34

INVENTORY #3 CORRECTED

**Floral Gift & Home Decor Int'l, Inc.**

| Starting Inventory value (inventory #3) | | *As of 8/31/20* | | | $49,609.80 |
|---|---|---|---|---|---|
| CORRECTED | INVENTORY #3 | ADDED | SOLD | UNIT COST | AMOUNT |
| 4230701 | 11X11X42 box | | 1175 | 1.04 | -$1,222.00 |
| 59857 | 11X11X30 box | | 2100 | -0.717 | -$1,505.70 |
| 11029 | tape 3" clear | 72 | | 1.45 | $104.40 |
| 601231 | Header bag | 2800 | | 0.0818 | $229.04 |
| Ending Inventory value (inventory #3) | | | | | $47,215.54 |

*Inventory #54* (handwritten)

**Inventory Valuation Report by Period**
Sorted by Item Code
For Period Ending:  07 7/31/2020
Unit Cost to Use for Standard Cost Items:  Historical

Floral Gift & Home Decor Int'l, Inc (BSD)

| Item Code/Description | Product Line | Product Type | Valuation | Unit of Measure | Whse | Quantity On Hand | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|
| 04230701  11x11x42 Box | BOX | Raw Material | Standard Cost | EACH | 217 | 1,175.00 | 1.0400 | 1,222.00 |
| 10215  Box 18 x 18 x 33 | BOX | Raw Material | Standard Cost | EACH | 217 | 270.00 | 1.7000 | 459.00 |
| 10219  Box 24 x 17 x 30 | BOX | Raw Material | Standard Cost | EACH | 217 | 203.00 | 1.1780 | 239.13 |
| 10242  Box 53 x 16 x 10 | BOX | Raw Material | Standard Cost | EACH | 217 | 612.00 | 1.6850 | 1,031.22 |
| 10930  Ribbon #50-224 -10 Black Cherr | 1005 | Raw Material | Standard Cost | YDS | 217 | 25.00 | 2.2000 | 55.00 |
| 10932  Ribbon #32524-16 Fresh Lemon P | 1005 | Raw Material | Standard Cost | YDS | 217 | 925.00 | 1.4000 | 1,295.00 |
| 10937  Ribbon #32524- 07 Sweet Pea Ho | 1005 | Raw Material | Standard Cost | YDS | 217 | 500.00 | 0.0560 | 28.00 |
| 10950  Ribbon #238- 37 Green Apple - | 1005 | Raw Material | Standard Cost | YDS | 217 | 1,170.00 | 2.0000 | 2,340.00 |
| 10953  Ribbon #32524- 05 Pink Rose Ho | 1005 | Raw Material | Standard Cost | YDS | 217 | 275.00 | 0.0560 | 15.40 |
| 10954  Ribbon #032 - 17 Strawberry Ki | 1005 | Raw Material | Standard Cost | YDS | 217 | 625.00 | 2.0000 | 1,250.00 |
| 10957  Ribbon #32524- 03 Apricot Home | 1005 | Raw Material | Standard Cost | YDS | 217 | 425.00 | 1.4000 | 595.00 |
| 10958  Ribbon #50- 904- 06 Watermelon | 1005 | Raw Material | Standard Cost | YDS | 217 | 1,350.00 | 2.4000 | 3,240.00 |
| 10959  Ribbon #32524-19 Hunter Green, | 1005 | Raw Material | Standard Cost | YARD | 217 | 3,275.00 | 0.0560 | 183.40 |
| 11029  Tepe 3" Clear | SHIP | Raw Material | Standard Cost | ROLL | 217 | 1,008.00 | 1.4500 | 1,461.60 |
| 11216 CARBN RED  Sun Palm Ting Leaves Carribean | RAW | Raw Material | Standard Cost | KGS | 217 | 0.00 | 0.0000 | 0.01 |
| 11222D  Eucalyptus Natural 30-45 Inche | RAW | Raw Material | Standard Cost | LBS | 217 | 0.00 | 0.0000 | 0.01 |
| 11281  20" Stretch Wrap Machine | SHIP | Raw Material | Standard Cost | ROLL | 217 | 29.00 | 39.3700 | 1,141.73 |
| 11291  Ribbon #238-10-Cinnamon Apple | 1005 | Raw Material | Standard Cost | YDS | 217 | 30.00 | 0.2000 | 6.00 |
| 11307  Bag 5.75x2.625x14.5(Fall & Xma | 1004 | Raw Material | Standard Cost | EACH | 217 | 638.00 | 0.0971 | 61.95 |
| 11361  Ribbon Grossgrain 3016-270 Cra | 1005 | Raw Material | Standard Cost | YDS | 217 | 2,900.00 | 0.1210 | 350.90 |
| 11380  15"x 1500' Stretch Wrap | SHIP | Raw Material | Standard Cost | ROLL | 217 | 240.00 | 7.8750 | 1,890.00 |
| 11457  Ribbon #32524-40 Plumeria For | 1005 | Raw Material | Standard Cost | YDS | 217 | 100.00 | 0.0560 | 5.60 |
| 11460  Ribbon # 32524-41 Brown for Ho | 1005 | Raw Material | Standard Cost | YDS | 217 | 3,900.00 | 0.0933 | 363.87 |
| 11588  Ribbon # 505-06 Watermelon | 1005 | Raw Material | Standard Cost | YDS | 217 | 1,200.00 | 0.1250 | 150.00 |
| 11705  Ribbon #32524-47 Lavender Home | 1005 | Raw Material | Standard Cost | YDS | 217 | 1,625.00 | 0.0560 | 91.00 |
| 11996  Raffia Natural | RAW | Raw Material | Standard Cost | LBS | 217 | 117.00 | 0.8234 | 96.34 |
| 11996B  Raffia Natural Grado X X X | RAW | Raw Material | Standard Cost | LBS | 217 | 0.00 | 0.0000 | 0.07 |
| 15049  Ribbon, #516-83 TwoTone Green | 1005 | Raw Material | Standard Cost | YARD | 217 | 1,350.00 | 0.2000 | 270.00 |
| 15188  Ribbon 5/8x25/100yd #17 Moss | 1005 | Raw Material | Standard Cost | YARD | 217 | 300.00 | 0.0380 | 11.40 |
| 2206001  Palm Leaf Cut Natural (cycus) | 2007 | Raw Material | Standard Cost | EACH | 217 | 3,400.00 | 0.3000 | 1,020.00 |
| 58009  Box, 11 x 11 x 54, plain | BOX | Finished Good | Standard Cost | EACH | 217 | 1,780.00 | 1.1410 | 2,030.98 |
| 58011  Box, 6 x 6 x 55, plain | BOX | Finished Good | Standard Cost | EACH | 217 | 4,000.00 | 1.1780 | 4,716.00 |
| 58303  8 x 16 2 Mil Polybag | PKG | Raw Material | Standard Cost | EACH | 217 | 6,000.00 | 0.0440 | 264.00 |
| 58307  Box 12 x 11 x 10 | BOX | Raw Material | Standard Cost | EACH | 217 | 600.00 | 0.4750 | 285.00 |
| 58310  Box 10 x 8 x 54 | BOX | Raw Material | Standard Cost | EACH | 217 | 1,800.00 | 1.1700 | 2,106.00 |
| 58314  Box 16 x 13 x 48 | BOX | Raw Material | Standard Cost | EACH | 217 | 250.00 | 1.3960 | 349.00 |
| 59138  Excelsior Regular (Thick) | RAW | Raw Material | Standard Cost | BALE | 217 | 5.00 | 14.0900 | 70.45 |
| 59359  Bouquet Medium Red | RAW | Raw Material | Standard Cost | EACH | 217 | 40.00 | 0.8900 | 35.60 |
| 59434  Palm Lily Branch Natural | RAW | Raw Material | Standard Cost | EACH | 217 | 900.00 | 0.1750 | 157.50 |
| 59449  Curly Ting Ting Bleach | RAW | Raw Material | Standard Cost | KGS | 217 | 552.00 | 2.1500 | 1,186.80 |
| 59504  Coco Chili on Ting 2 in 1 | RAW | Raw Material | Standard Cost | EACH | 217 | 0.00 | 0.0000 | 0.01 |
| 59505  Basket Bag. Printed | PKG | Raw Material | Standard Cost | EACH | 217 | 1,000.00 | 0.0995 | 99.50 |
| 59528  Sleeve 3 x 32 x 6 AND ALSO 3x3 | PKG | Raw Material | Standard Cost | EACH | 217 | 74,000.00 | 0.0000 | 0.00 |
| 59536  Palm Lily Branch Burgundy | RAW | Raw Material | Standard Cost | EACH | 217 | 1,125.00 | 0.1850 | 208.13 |
| 59571  BOX 8 x 10 x 36 | BOX | Raw Material | Standard Cost | EACH | 217 | 1,800.00 | 0.6600 | 1,188.00 |
| 59620  Bag Decorative Raffia Excelsio | RAW | Raw Material | Standard Cost | EACH | 217 | 7,671.00 | 0.1210 | 928.19 |
| 59624  Coco Palm Lily Bleach | RAW | Raw Material | Standard Cost | EACH | 217 | 0.00 | 0.0000 | 0.01 |
| 59626  Madras Wrapped Wire Rod | RAW | Raw Material | Standard Cost | EACH | 217 | 20,000.00 | 0.0550 | 1,100.00 |
| 59681  Palm Lily Branch Light Teal | RAW | Raw Material | Standard Cost | EACH | 217 | 600.00 | 0.1850 | 111.00 |
| 59857  Box, 11 x 11 x 30, plain | BOX | Raw Material | Standard Cost | EACH | 217 | 2,100.00 | 0.7170 | 1,505.70 |
| 59872  Potpourri Bag, 7" x 4" x 17", | PKG | Raw Material | Standard Cost | EACH | 217 | 4,000.00 | 0.0890 | 356.00 |
| 59924  Vizi Ball 12 cm | RAW | Raw Material | Standard Cost | EACH | 217 | 1,760.00 | 0.6000 | 1,056.00 |
| 60034  Baby Matzo Ribbon #3016617 | RAW | Raw Material | Standard Cost | YDS | 217 | 800.00 | 0.0000 | 0.00 |
| 60035  Natural Ribbon #3016825 | RAW | Raw Material | Standard Cost | YDS | 217 | 200.00 | 0.0000 | 0.00 |
| 60036  Pink Rose Ribbon #3016117 | RAW | Raw Material | Standard Cost | YDS | 217 | 100.00 | 0.0000 | 0.00 |
| 60048  Sleeve 4 x 25 x 10, 1.2bopp | PKG | Raw Material | Standard Cost | EACH | 217 | 78,500.00 | 0.0287 | 2,252.95 |
| 60057  Box 16x18x29 plain | PKG | Raw Material | Standard Cost | EACH | 217 | 198.00 | 1.1360 | 224.93 |

Run Date:  7/9/2020   1:12:03PM
I/M Date:  7/8/2020

Page:  1

Inventory Valuation Report by Period
Sorted by Item Code
For Period Ending: 07 7/31/2020
Unit Cost to Use for Standard Cost Items: Historical

**Floral Gift & Home Decor Int'l, Inc (BSD)**

| Item Code/Description | Product Line | Product Type | Valuation | Unit of Measure | Whse | Quantity On Hand | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|
| 60061  Label, Premium Animal Bedding | PKG | Raw Material | Standard Cost | EACH | 217 | 16,000.00 | 0.0380 | 608.00 |
| 60081  Header Bag, Raffia CPWM | PKG | Raw Material | Standard Cost | EACH | 217 | 18,000.00 | 0.0000 | 0.00 |
| 60131  Header Bag, Natural Filler 160 | PKG | Raw Material | Standard Cost | EACH | 217 | 3,900.00 | 0.0818 | 319.02 |
| 60135  Palm Spear XL Teal | RAW | Raw Material | Standard Cost | EACH | 217 | 4,200.00 | 0.1150 | 483.00 |
| 60140  Clear Header Bag, HEADCLST1187 | PKG | Raw Material | Standard Cost | EACH | 217 | 1,800.00 | 0.0440 | 79.20 |
| 60143  Palm Spear XL Burgundy | RAW | Raw Material | Standard Cost | EACH | 217 | 1,200.00 | 0.1150 | 138.00 |
| 60178  Bag, Raffia (Revised) | PKG | Raw Material | Standard Cost | EACH | 217 | 16,000.00 | 0.0619 | 990.40 |
| 60179  Palm Lily Branch Light Pink | RAW | Raw Material | Standard Cost | EACH | 217 | 400.00 | 0.1900 | 76.00 |
| 60355  Bag, Header Holiday Raffia 201 | PKG | Raw Material | Standard Cost | EACH | 217 | 1,900.00 | 0.0988 | 187.72 |
| 60460  Bag, Michaels Fall 2016 | PKG | Raw Material | Standard Cost | EACH | 217 | 5,400.00 | 0.0988 | 533.52 |
| 60487  Shola Zinnia 10 cm Yellow On S | RAW | Raw Material | Standard Cost | EACH | 217 | 600.00 | 0.1800 | 108.00 |
| 60489  Shola Zinnia 10 cm Red On Stem | RAW | Raw Material | Standard Cost | EACH | 217 | 400.00 | 0.1800 | 72.00 |
| 60498  Headr Bag, Holiday 2015 - Raff | PKG | Raw Material | Standard Cost | EACH | 217 | 15,500.00 | 0.0965 | 1,495.75 |
| 60533  Palm Lily Branch Light Green | RAW | Raw Material | Standard Cost | EACH | 217 | 330.00 | 0.2000 | 66.00 |
| 60742  Shola Chips Dahlia with Stem 5 | RAW | Raw Material | Standard Cost | EACH | 217 | 600.00 | 0.2000 | 120.00 |
| 60750  Palm Daisy Bunch Bleach | RAW | Raw Material | Standard Cost | EACH | 217 | 750.00 | 0.1800 | 135.00 |
| 60760  Palm Peacock Red | RAW | Raw Material | Standard Cost | EACH | 217 | 900.00 | 0.2000 | 180.00 |
| 60762  Shola Belly Mix 10 CM on 60 CM | RAW | Raw Material | Standard Cost | EACH | 217 | 1,450.00 | 0.2000 | 290.00 |
| 60793  Bouquet Medium Teal | RAW | Raw Material | Standard Cost | EACH | 217 | 60.00 | 0.6800 | 40.80 |
| 60883  Pana Pumpkin 6 CM on Stem Oran | RAW | Raw Material | Standard Cost | EACH | 217 | 9,400.00 | 0.1630 | 1,532.20 |
| 60884  Coir Pumpkin 6 CM on Stem Blea | RAW | Raw Material | Standard Cost | EACH | 217 | 8,220.00 | 0.1630 | 1,339.86 |
| 60885  Coir Pumpkin 6 CM on Stem Natu | RAW | Raw Material | Standard Cost | EACH | 217 | 5,180.00 | 0.1360 | 704.48 |
| 60900  Coir Pumpkin 6 CM on Stem Dire | RAW | Raw Material | Standard Cost | EACH | 217 | 5,360.00 | 0.1630 | 873.68 |
| KL11846  Ribbon,309-26 LiveLoveLaugh | 1005 | Raw Material | Standard Cost | YARD | 217 | 2,100.00 | 0.0400 | 84.00 |
| M02052  Rose Petals Lavender | ROSE | Finished Good | Standard Cost | EACH | 217 | 0.00 | 0.0000 | 0.01- |
| M65300  Fragrance Crystals-Aquamarine | ROSE | Finished Good | Standard Cost | EACH | 217 | 0.00 | 0.0000 | 0.01- |
| M65301  Fragrance Crystals-Angel Wings | ROSE | Finished Good | Standard Cost | EACH | 217 | 0.00 | 0.0000 | 0.01- |
| S-604  Label, 4"x6" ThisEndUp/Fragile | SUP | Raw Material | Standard Cost | ROLL | 217 | 2.00 | 24.0000 | 48.00 |

Report Total:
49,609.80

**Inventory Valuation Report by Period**
**Sorted by Item Code**
**For Period Ending:  07 7/31/2020**
**Unit Cost to Use for Standard Cost Items:  Historical**

 # 4

Floral Gift & Home Decor Int'l, Inc (BSD)

| Item Code/Description | Product Line | Product Type | Valuation | Unit of Measure | Whse | Quantity On Hand | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|
| 10037 Canoa Pods (Canoinha Pods) | 1002 | Raw Material | Standard Cost | EACH | 096 | 0.00 | 0.0000 | 0.01- |
| 10080 Lily Petal - Natural | 1001 | Raw Material | Standard Cost | KG | 096 | 738.60 | 0.8000 | 590.88 |
| 10157 Triangle Bean | OBS | Discontinued | Standard Cost | KG | 096 | 4,527.50 | 1.5500 | 7,017.62 |
| 13200 Silver Dollar Natural | 3003 | Raw Material | Standard Cost | LBS | 096 | 0.00 | 0.0000 | 0.01- |
| 59704 Anahaw Grass (Strips-Cut) | RAW | Raw Material | Standard Cost | KGS | 096 | 0.00 | 0.0000 | 0.01 |
| 59949 Palm Cord Ball 8 cm Green | RAW | Raw Material | Standard Cost | EACH | 096 | 0.00 | 0.0000 | 0.01- |
| 60756 Restrada Long Leaf Pointed Euc | RAW | Raw Material | Standard Cost | LBS | 096 | 0.00 | 0.0000 | 0.01 |
| 60758 Silver Dollar Natural Yellow | RAW | Raw Material | Standard Cost | LBS | 096 | 0.00 | 0.0000 | 0.01- |

Report Total:    7,608.48

*No change*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    __Floral Gift & Home Decor International, Inc.__                          Case No. _____
                                          Debtor(s)         Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____ 7,500.00

    Prior to the filing of this statement I have received _____    $ _____ 7,500.00

    Balance Due _____    $ _____ 0.00

2.  $__**335.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September  4, 2020**
_Date_

**Andrew Goodman 115685**
_Signature of Attorney_
**Goodman Law Offices, A Professional Corporation
30700 Russell Ranch Road
Suite 250
Thousand Oaks, CA 91362
818-802-5044  Fax: 818-975-5256
agoodman@andyglaw.com**
_Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andrew Goodman 115685**<br>**30700 Russell Ranch Road**<br>**Suite 250**<br>**Thousand Oaks, CA 91362**<br>**818-802-5044 Fax: 818-975-5256**<br>California State Bar Number: **115685 CA**<br>agoodman@andyglaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Floral Gift & Home Decor International, Inc.** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 4, 2020**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **September 4, 2020**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Floral Gift & Home Decor International, Inc.
Post Office Box 2673
Camarillo, CA 93011


Andrew Goodman
Goodman Law Offices, A Professional Corporation
30700 Russell Ranch Road
Suite 250
Thousand Oaks, CA 91362


AFLAC
1932 Wynnton Road
Columbus, GA 31999-7000


All Kleer Computer Systems
P.O. Box 388
Smith River, CA 95567


American Express
Post Office Box 0001
Los Angeles, CA 90096


Amerigas
16800 So Main Street
Gardena, CA 90248


Bank of America
P.O. Box 53132
Phoenix, AZ 85072


Burian & Associates
909 NW 10 Street
Bentonville, AR 72712

Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179


Coppersmith, Inc.
P.O. Box 51845
Los Angeles, CA 90051


Crosby & Overton
1610 West 17th Street
Long Beach, CA 90813


De Lage
1111 Old Eagle School Road
Morrisville, PA 19067


Del Sol Harvesting, Inc.
P.O. Box 191
Oxnard, CA 93032


DeLage Landen Financial Services
P.O. Box 191
Oxnard, CA 93032


Dianna Saelee
5445 Southwind Court
Apt 202
Ventura, CA 93003


E. J. Harrison Rolloffs
P.O. Box 4009
Ventura, CA 93007

Employer Insurance Co.
2550 Paseo Verde Pkwy
Suite 100
Henderson, NV 89074-7117


Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274


Global Dried Flowers
31, Shakespeare Sarani
3rd Floor, Rom 301A
Kolkata 700017 India


Home Depot Credit Services
Dept 32 - 2001481492
P.O. Box 9001030
Louisville, KY 40290-1030


IBM
P.O. Box 643600
Pittsburgh, PA 15264


Jeffrey Ives
1460 S. Oakhurst Drive
Los Angeles, CA 90035


Jellco Container, Inc.
1151 N. Tustin Avenue
Anaheim, CA 92807


JRRO
325 E. Hillcrest Drive
Suite 215
Thousand Oaks, CA 91360

Koen Pack USA
1530 NW 98th Court
Suite 104
Miami, FL 33172

Kubota Credit Corporation
P.O. Box 2045
Alvarado, TX 76009

Leaf Capital Funding
1720 A Crete Street
Moberly, MO 65270

Leaf Capital Funding
P.O. Box 742647
Cincinnati, OH 45274

Leavitt Insurance Svc/Arrowhead Gen
Post Office Box 9000
Carlsbad, CA 92018

Lobo Printing & Systems, Inc.
P.O. Box 2225
Chino Hills, CA 91709

Mechanics Bank
146 W. Los Angeles Avenue
Moorpark, CA 93021

Mechanics Bank
146 W. Los Angeles Avenue
Moorpark, CA 93021

Mechanics Bank
146 W. Los Angeles Avenue
Moorpark, CA 93021


Nadine Telgmeier
15888 Mariano Road
Bentonville, AR 72712


Nakasawa Flower Farms
5158 S. Highway 95
Yuma, AZ 85365


Oasis Technology, Inc.
601 Daily Drive
Suite 226
Camarillo, CA 93010


Oxnard Pallet Co.
P.O. Box 1748
Oxnard, CA 93032


Pargal Fauna Exports (P) Ltd
4244 Mela Arasadi
Cincinati, OH


Putian Newpower
No. 4-504 Jiaxin Commercial Center
Chngxiang District, Putian City
Fujian, China


Rabo AgriFinance
P.O. Box 790077
Saint Louis, MO 63179

Ready Refresh
P.O. Box 856158
Louisville, KY 40285

Robert Koch Industries, Inc.
4770 Harback Road
Bennett, CO 80102

Ryder Transportation Services
Lockbox File 056158
Los Angeles, CA 90074

SA Label
3275 San Fernando Road
Los Angeles, CA 90065

Suncoast Nursery
3896 Via Real
Carpinteria, CA 93013

SWK Technologies, Inc.
5 Regent Street
Suite 520
Livingston, NJ 07039

TelePacific
P.O. Box 60767
Los Angeles, CA 90060

Temkin International, Inc.
213 Temkin Way
Payson, UT 84651

ULINE
P.O. Box 88741
Chicago, IL 60680


Vac International
16 Strand Road
9th Floor, Room No 905
Kolkata, India


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Wells Fargo
P.O. Box 77033
Minneapolis, MN 55480


XO Communications
14239 Collections Center Drive
Chicago, IL 60693

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andrew Goodman 115685**<br>**30700 Russell Ranch Road**<br>**Suite 250**<br>**Thousand Oaks, CA 91362**<br>**818-802-5044 Fax: 818-975-5256**<br>California State Bar Number: 115685 CA<br>agoodman@andyglaw.com | |
| ■ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Floral Gift & Home Decor International, Inc.**<br>                                                      Debtor(s),<br><br>                                                      Plaintiff(s),<br><br><br><br><br><br>                                                      Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    7<br><br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Andrew Goodman 115685_____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☑ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      *[For additional names, attach an addendum to this form.]*

b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_September  4, 2020_ _____

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:    **Andrew Goodman 115685** _____

Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                         **F 1007-4.CORP.OWNERSHIP.STMT**